PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
HEIDI L. TRIESCH
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: (206) 615-3748
      Email: Heidi.Triesch@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| PAMELA KAY WAGES,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-00270-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

      Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended from April 24, 2023, up to and including May 24, 2023. This is the Defendant's first request for an extension. Defendant requests this extension because Defendant has been notified that a certified administrative transcript (CAR) is not yet available in this case. Defendant therefore cannot respond to Plaintiff's Complaint. Once the CAR arrives, Defendant will need to review it for defects before submitting it. For these reasons, Defendant

asks the Court to approve this unopposed motion and extend the deadline to file a response to Plaintiff's Complaint. Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 19, 2023         /s/ *Stuart Barash*\*
                              (*as authorized via e-mail on April 19, 2023)
                              STUART BARASCH
                              Attorney for Plaintiff

Dated: April 19 , 2023        PHILLIP A. TALBERT
                              United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Social Security Administration

                    By:       /s/ *Heidi L. Triesch*
                              HEIDI L. TRIESCH
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have an extension, up to and including May 24, 2023, to respond to Plaintiff's Complaint. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **April 20, 2023**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE